No. 87–5677. HARRIS *v.* REED, WARDEN, ET AL. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 86–1803. BLATTY *v.* NEW YORK TIMES CO. ET AL. Sup. Ct. Cal. Certiorari denied.

No. 86–6710. LEWIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–679. MCSURELY *v.* HUTCHISON. C. A. 6th Cir. Certiorari denied.

No. 87–690. PETRONE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–695. TURNER, EXECUTRIX OF THE ESTATE OF TURNER *v.* CITY OF ATLANTA. Sup. Ct. Ga. Certiorari denied.

No. 87–710. SWAN ET AL. *v.* RUBEN ET AL.; and

No. 87–735. WARREN CITY SCHOOL DISTRICT BOARD OF EDUCATION ET AL. *v.* RUBEN ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–784. PORTER *v.* UNITED STATES; and

No. 87–1334. BELL ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–845. GOWDY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–872. TIMES-PICAYUNE PUBLISHING CORP. ET AL. *v.* EDWARDS ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–873. UNION DE TRANSPORTS AERIENS *v.* BECKMAN. C. A. D. C. Cir. Certiorari denied.

No. 87–876. KITCHENS ET AL. *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 9th Cir. Certiorari denied.